In the Matter of JAMES F. MAHAN, an Attorney.— Proceeding dismissed. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling and Smith, JJ.

HARRY J. WAAS v. GEORGE A. LOEFFLER and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

F. W. MOORE COMPANY v. ARISTO HOSIERY COMPANY, INC., and Others. — Motion to dismiss appeal dismissed, without costs, and motion to withdraw appeal granted, without costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

MORRIS FELD v. ISIDORE HECHT.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

SAMUEL ERDREICH v. LEOPOLD ZIMMERMAN and Others.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

RAMON ROSALES and Others v. SYLVIO PARETI and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ABRAHAM S. COOPER v. LOUIS A. REGGEN and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

HARRIET HAAS and Others, as Executors, etc., v. THE CITY OF NEW YORK.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JOSEPH SHANK v. JOSEPH BREWSTER and Others, as Administrators, etc.— Application granted upon defendants filing stipulation for judgment absolute in event of affirmance. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.